# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANNA FAYE BOSWELL GALLOWAY

VERSUS

STEVEN EDWARD GALLOWAY

NO.  2024 CW 0416

**JULY 29, 2024**

---

In Re:  Anna Faye Boswell Galloway, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 117701.

---

**BEFORE:  CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT